KEITH H. RUTMAN (CSB 14175)
501 West Broadway, Ste 1650
San Diego, California 92101-3541
Telephone: (619) 237-9072
Facsimile: (760) 454-4372
E-mail: krutman@krutmanlaw.com

Attorney for Defendant
VICTOR ROBLES

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Janis L. Sammartino)

| UNITED STATES OF AMERICA, | ) | Case No. 21-CR-3010-JLS |
|---|---|---|
| Plaintiff, | ) | DECLARATION OF KEITH H. RUTMAN |
| v. | ) | |
| VICTOR ROBLES, | ) | |
| Defendant. | ) | DATE:11/24/21 @ 1:30 pm COURTROOM 4D |

I, KEITH H. RUTMAN, hereby declare as follows:

That I am an Attorney at Law duly licensed to practice before the bar of this Court and am attorney for VICTOR ROBLES in the above entitled action.

On or about October 4 through and including November 8, 2021 the Government produced 76 pages of discovery and videos of the interrogation, the entry of the vehicle at the POE, photographs and a cell phone download. The written discovery consists generally of agency reports, chain of custody documents, TECS records for the car and Mr. ROBLES personally, and a criminal history report (showing none).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 11, 2021 at San Diego, California.

KEITH H. RUTMAN

1