UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Janis L. Sammartino)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>VICTOR ROBLES,<br><br>    Defendant. | Case No. 21-CR-3010-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING AND TRIAL SETTING<br><br>COURTROOM 4D |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the joint motion for an Order continuing the motion hearing and trial setting scheduled for November 24, 2021 to January 7, 2022 at 1:30 p.m. in order for the parties to continue settlement discussions is GRANTED.

The Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Thus, the Court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

DATED: November 17, 2021

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge