UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Janis L. Sammartino)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 21-CR-3010-JLS |
| Plaintiff, | ) ) | ORDER VACATING SENTENCING HEARING, SETTING STATUS HEARING AND GRANTING JOINT MOTION TO DECLARE TIME EXCLUDED UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) ) | |
| VICTOR ROBLES, | ) ) | |
| Defendant. | ) ) ) | |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED THAT, in the interest of justice, to allow time for an Application for the Military Veteran's Diversion Program to be completed, the Sentencing Hearing scheduled for May 27, 2022 shall be VACATED;

IT IS FURTHER ORDERED that a Status Hearing re: Veteran's Diversion Court shall be held on Friday, August 12, 2022 at 9:00 a.m.

The Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED: May 25, 2022

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge